X FILED ____ LODGED
____ RECEIVED ____ COPY

MAR 0 4 2016

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ ꝒꝒⱫ Z DEPUTY

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

AbdulKhabir Wahid

_____

Plaintiff

Vs.

Civil Action No. ~~15-9155MB~~

~~15-0188-PHX-JJT(BSB)~~

CV-15-01088-PHX-JJT(BSB)

FEDERAL BUREAU OF INVESTIGATION

_____

DEFENDANT

### AFFIDAVIT OF PROOF OF SERVICE
_____

This is to verify that on the day February 8th 2016 , the Summons and complaint for Motion to Return Property and the Affidavit For Demand To Unseal Probable Cause; Affidavit For Demand of Proof of Probable Cause were all mailed by United States Postal Service to Loretta E. Lynch the  United States Attorney General in Washington, D.C with Certified Mail Number 70151660000000995119. Also Motion to Return Property and the Affidavit For Demand To Unseal Probable Cause; Affidavit For Demand of Proof of Probable Cause were mailed to John S. Leonardo  %  Adam Smart with Certified Mail Number 70151660000000995102. In addition Motion To Return Property and Affidavit For

Demand To Unseal Probable Cause; Affidavit For Demand of Proof Of Probable were also mailed to Robert Byrne FBI Agent on February 11, 2016 with Certified Mail number 70151660000000995348. Please also be aware that I have enclosed copies of the Certified Receipts as well copies of the Summons that produce the signature of the Clerk of Courts

This is in compliance with Federal Rule of Civil Procedure 4 (i)

## VERIFICATION

I, AbdulKhabir Wahid, being first duly sworn, under oath, says: that he is the affiant in this Affidavit and he knows the content of its body; that it is true of his own knowledge, except as to those matter that are stated in it on his information and belief, and as to those matters he believes to be true. Therefore.

I, AbdulKhabir Wahid has duly sworn that I have in fact served the United States Attorney General ; Loretta E. Lynch as well as Robert Byrne of FEDERAL BUREAU OF INVESTIGATION , and John S. Leonardo % Adam Smart, United States District Attorney via United States Postal Service, all parties have been served with a Summons and Complaint for Motion For Return of Property and Bivens Action, Amended from Bivens Action to Demand to Unseal Affidavit For Probable Cause and Affidavit for Demanding Proof of Probable Cause.

Affiant Signature _AbdulKhabir Wahid_

AbdulKhabir Wahid
3407 W. Port Au Prince Lane
Phoenix, Arizona [85053]

Sworn to and subscribed before me on this
__4__ day of __March__ 20_16_

Notary Public At Large-- Your State is_____ Arizona _____

My Commission Expires: __06__ , __04__ , __2019__

Notary Signature__ May L Chalue __

Notary Place Seal Here----------------->

MARY L CHALUE
Notary Public - Arizona
Maricopa County
My Comm. Expires Jun 4, 2019

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

AbdulKhabir Wahid
3407 W. Port Au Prince Lane
Phoenix, Arizona 85053

*Plaintiff(s)*

v.

John S. Leonardo
United States District Attorney
Two Renaissance Square
40 N. Central Ave Ste 1200
Phoenix, Arizona 85004-4408

*Defendant(s)*

Civil Action No.

CV-15-1088-JJT-BSB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

John S. Leonardo
United States District Attorney
Two Renaissance Square
40 N. Central Ave, Suite 1200
Phoenix, Arizona 85004-4408

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

AbdulKhabir Wahid
3407 W. Port Au Prince Lane
Phoenix, Arizona [85053]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**BRIAN D. KARTH**

*CLERK OF COURT*

Date: 2/8/16

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

AbdulKhabir Wahid
3407 W. Port Au Prince Lane
Phoenix, Arizona [85053]

)
)
)
)
)
)
)
)
)
)
)
)

*Plaintiff(s)*

v.

Loretta E. Lynch General
United States Attorney General
950 Pennsylvania Avenue, NW
Washington, D.C 20530-0001

*Defendant(s)*

Civil Action No.

CV-15-1088-JJT-BSB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Loretta E Lynch
United States Attorney General
950 Pennsylvania Avenue, NW.
Washington, D.C 20530-001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

AbdulKhabir Wahid
3407 W. Port Au Prince Lane
Phoenix, Arizona [85053]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**BRIAN D. KARTH**

*CLERK OF COURT*

Date: 2/8/16

_____
*Signature of Clerk or Deputy Clerk*



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee $ 3.45

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $

Postage $ 1.20
Total Postage and Fees $ 7.45

Postmark Here
FEB - 8 2016
JD'S HALLMARK S.QF CPU PHOENIX AZ 85053-5343

Sent To Loretta E. Lynch
Street and Apt. No., or PO Box No. 950 Pennsylvania Ave NW
City, State, ZIP+4® Washington D.C. 20530-0001

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee $ 3.45

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $

Postage $ 1.20
Total Postage and Fees $ 7.45

Postmark Here
FEB - 8 2016
JD'S HALLMARK S.QF CPU PHOENIX AZ 85053-5343



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee $ 3.45

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $

Postage $ 1.20
Total Postage and Fees $ 4.65

Postmark Here
FEB 11 2016
JD'S HALLMARK S.QF CPU PHOENIX AZ 85053-5343

Sent To Robert Byrne FBI
Street and Apt. No., or PO Box No. 21711 N. 7th Street
City, State, ZIP+4® Phoenix Arizona 85024

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions