

IN THE UNITED STATES COURT
FOR THE DISTRICT OF ARIZONA



Todd Kopcha / Agent
FEDERAL BUREAU OF INVESTIGATION

PLAINTIFF

CV-15-1088-PHX-JJT-BSB

Case No. 15-9155MB

Vs.

AbdulKhabir Wahid

Defendant

AFFIDAVIT FOR FEDERAL BUREAU OF INVESTIGATION
REQUESTING PROOF OF PROBABLE CAUSE

(1) COMES NOW, AbdulKhabir Wahid in propria persona making a Special
    Appearance.

I am in receipt of this Court Order denying my claim of Lack of Probable cause as far as this case is concern.

(2 ) In reflecting on Magistrate Eileen S. Willett statements in the order it is obvious clear and apparent that this Court isn't not impartial and it holds prejudice for the United States. [ After all United States does sign her paycheck]

(3) My reasons for making such accusations are the following you ( Eileen Willett) stated in the order that and I quote " Probable Cause to search the property described and seize items listed within the application was found based upon the sworn affidavit of the signing FBI officer" .

(4) You also stated " No factual or legal basis has been shown for the Court to retroactively dismiss its finding of probable cause and the fully executed Search and Seizure Warrant.

(5) In essence as far as this Court is concern probable cause was established when the FBI signed a sworn statement that such cause did exist.

(6) Also you (Eileen Willett) stated that " no factual or legal basis has been shown" however if I'm correct I rendered to you the Law explaining why I had a right to this claim.

(7) So since the Court has basically placed the burden on the FBI then I propose and address the FBI with the following questions they are as follows.

(8) AS stated in the Application for a Search Warrant based off your findings and according to Federal Rule Of Criminal Procedure   Rule 41
   A. Please state and indicate was there evidence of a crime found in the home ?
   B. Was there contrabands, fruits of  crime, or other items illegally possessed that were found in the home ?
   C. Did you find property designed for use , intended for use, or used in committing a crime within the home?
   D. More importantly Did you find any violations of 18 U.S.C. section 241 Conspiracy Against Rights within the home ?
   E. Also please indicate any property that was seized that was placed on the inventory list that proves that there was a violation of the laws of the United States particularly Federal Rules of Criminal Procedure Rule 41 and 18 U.S.C section 3103(a).

( 9) Please also note I have enclosed a copy of the Search Warrant Inventory List.

(10) Please take considerable precautions on how you answer these questions in this Affidavit because as you stated in your search warrant you were sworn to TRUTH and under oath and therefore you must remember you are UNDER PENALTY OF PERJURY.

(11) In closing I request that the FBI respond to my Affidavit within fourteen (14) days Upon receipt of this Affidavit.

(12) Should I not receive a timely response from your agency it will be presumed that Your agency has acquiescence which will be graciously accepted.

(13) And that this document will be deemed true in law which is because of no Response No Probable Cause.

(14) More importantly correcting the Magistrate it was not the United States of America which is the Country who sought the warrant after me rather it was The "UNITED STATES" the Corporation

## VERIFICATION

I, AbdulKhabir Wahid, being first duly sworn, under oath, says: that he is the Affiant in this Affidavit and he knows the contents of its body; that it is true of his own knowledge, except as to those matters that are stated in it on his information and belief, and as to those matters he believes to be true.

Without Prejudice

AbdulKhabir Wahid
3407 W. Port Au Prince Lane
Phoenix, Arizona [85053]

Signature of Affiant _AbdulKhabir Wahid_

Sworn to and subscribed before me on this

_____22nd_____ day of ___July___ 20 _16_

Notary Public At Large- State of Arizona

**Notary Signature** _____

**My Commission Expires** _10_ / _29_ / _2019_

**Notary Place Seal** ---------------------->

> JONATHAN U KELLY
> Notary Public - Arizona
> Maricopa County
> My Comm. Expires Oct 29, 2019

FD-597 (Rev 8-11-94)                                                                                  Page 1 of 2

# UNITED STATE DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION

Receipt for Property     Received/Returned/Released/Seized

File #: ▓▓▓▓▓-6330074

On (date)  6/10/2015

item(s) listed below were:
- ☐ Received From
- ☐ Received To
- ☐ Released To
- ☒ Seized

(Name)
(Street Address)
(City)

**Description of Item(s):**

- AT&T cellular phone model number Y536A1, IMEI number 865110020961042 with 32 gb memory card  ← My Cell phone (Abdul Khabirs)
- Social security paperwork
- Priority List
- Dell Vostro 200 desktop computer  ← My Computer (Abdul Khabir Wahids)
- Soverign Notebook
- Contact list notebook
- List of extremist scholors
- 2 GB micro sd card
- Social Security statements
- LG t-mobil cellular telephone IMEI number 013306-00-3582869, SN 301KPVV358286  ← my sons cell phone
- San Disc and 2 patriot thumb drive
- HP laptop model number 15-R029WM, Serial number CND4248VR8 with power cord  ← My sons laptop
- Tactical rail  ← that belongs to Air soft Gun - or b-b gun
- White LG cell phone IMEI number 013341-00-610500-4 Model Number LGL35g  ← my sons cell phone
- Handwritten notes, address book, letter
- Blue I Phone IMEI 358538055582693 Model number A1456  ← my sons cell phone
- White Nokia Cell phone IMEI 355913056216265 Model Number 521  ← my sons cell phone

Received By  Todd Kapka                    Received From _____