IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

AbdulKhabir Wahid
3407 W. Port Au Prince Lane
Phoenix, Arizona 85053

☒ FILED ___ LODGED
___ RECEIVED ___ COPY

OCT 11 2016

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

AbdulKhabir Wahid
_____
**Plaintiff**

JUDGE: John J. Tuchi

Vs.

Case No. 2:15-CV-01088-JJT(BSB)

Adam Smart
UNITED STATES ET AL
_____
**Defendant**

MOTION TO DISMISS DUE TO LACK OF PROSECUTION
_____

COMES NOW, AbdulKhabir Wahid in propria persona and making a Special Appearance.

I AbdulKhabir Wahid come to the Courts to request that the following party in this litigation be dismissed in answering any following pleadings that party would be the UNITED STATES

As it stands new information shows I have no issue with the UNITED STATES and no reason to prosecute therefore I request that any and all claims in this suit be dismissed with the UNITED STATES.

Thankyou
Respectfully Yours

*without prejudice*

**Autograph** _____ *Abdul Khubib Wahid* _____