ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona

ADAM R. SMART
Assistant United States Attorney
N.C. State Bar No. 31797
Two Renaissance Square
40 North Central Avenue, Suite 1200
Phoenix, AZ  85004-4408
Telephone:  (602) 514-7500
Fax:  (602) 514-7760
Adam.Smart@usdoj.gov

*Attorneys for the Federal Bureau of Investigation
and Todd Kopcha*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Abdul Khabir Wahid,<br><br>Plaintiff,<br><br>v.<br><br>The Federal Bureau of Investigation, *et al.*<br><br>Defendants. | CV-15-01088-PHX-JJT (BSB)<br><br>**REPLY IN SUPPORT OF MOTION TO STAY CASE PENDING RESOLUTION OF CRIMINAL PROCEEDINGS** |

The Federal Bureau of Investigation ("FBI") and Todd Kopcha, by and through undersigned counsel, file this reply in support of their motion to stay proceedings.[1] The basis of the motion to stay was the bar of *Heck v. Humphrey*, 512 U.S. 477 (1994) as applied in *Wallace v. Kato*, 549 U.S. 384 (2007).  Plaintiff's response to the merits of the motion is limited to arguing that he is not incapacitated and that he wishes to proceed as quickly as possible. (Doc. 55).  Neither of these considerations is relevant under *Wallace v. Kato*. Plaintiff makes no effort to address *Wallace v. Kato*, dispute its logic, or its application to this case.  Accordingly, for the reasons in the FBI and Agent Kopcha's opening

---

[1] With respect to the notice of non-filing (Doc. 54) Plaintiff asserts that there was an error with delivery and that he still resides at his listed address. Based on the attachment to his response the FBI and Agent Kopcha will address the response to the motion to stay on its merits.

memorandum, the Court should stay this action until the conclusion of the federal criminal case against Plaintiff, Abdul Khabir Wahid, Case No. 2:17-cr-360-JJT (D. Ariz.).

Respectfully submitted this 29th day of August, 2017.

ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona

*s/ Adam R. Smart*
ADAM R. SMART
Assistant United States Attorney

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 29, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and served a copy of the attached document and Notice of Electronic Filing to the following non-CM/ECF registrant via U.S. Mail:

Abdul Khabir Wahid
3407 W. Port Au Prince Lane
Phoenix AZ 85053

*s/MBeickert*
Office of the United States Attorney