ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

ADAM R. SMART
Assistant United States Attorney
N.C. State Bar No. 31797
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, AZ  85004-4408
Telephone: (602) 514-7500
Fax: (602) 514-7693
Adam.Smart@usdoj.gov

*Attorneys for the Federal Bureau of Investigation
and Todd Kopcha*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Abdul Khabir Wahid, | CV-15-01088-PHX-JJT (BSB) |
| Plaintiff, | **STATUS REPORT** |
| v. | |
| The Federal Bureau of Investigation, *et al.,* | |
| Defendants. | |

Pursuant to the Court's Order of September 22, 2017 (Doc. 57), the Federal Bureau of Investigation and Todd Kopcha, by and through undersigned counsel, respectfully submit this status report regarding criminal case CR-17-00360-PHX-JTT, where Plaintiff in this action is the criminal defendant. Since this Court entered its Order staying the above referenced case, Plaintiff has filed two motions to extend the trial date in his criminal proceeding (CR 17-00360-PHX-JTT, Docs. 40, 58), and trial is currently set for August 7, 2018 (CR 17-00360-PHX-JTT, Doc. 59). Defendants shall file additional future status reports updating the Court on the status of the criminal proceeding as required by the September 22, 2017 Order.

1    Respectfully submitted this 20th day of March, 2018.

                                             ELIZABETH A. STRANGE
                                             First Assistant United States Attorney
                                             District of Arizona

                                             *s/ Adam R. Smart*
                                             ADAM R. SMART
                                             Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on March 20, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and served a copy of the attached document and Notice of Electronic Filing to the following non-CM/ECF registrant via U.S. Mail:

Abdul Khabir Wahid
3407 W. Port Au Prince Lane
Phoenix AZ 85053

*s/MBeickert*
Office of the United States Attorney